IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
5:24-CR-117-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| ARTHUR SHABAZZ SANDERS, ) | |
| ) | |
| Defendant. ) | |

On July 10, 2025, defendant pleaded guilty to counts one, two, three, four, and five. See [D.E. 63]. He was represented by counsel. See id.; [D.E. 48]. On August 7, 2025, defendant filed a pro se motion to suppress [D.E. 65]. The court DENIES defendant's pro se motion to suppress. See [D.E. 53, 55, 56]; Tollett v. Henderson, 411 U.S. 258, 265–69 (1973).

SO ORDERED. This the 11 day of August, 2025.

JAMES C. DEVER III
United States District Judge